JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RODOLFO SANTAMARIA ROJAS,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

Case No. 2:26-cv-11569-PD

**JUDGMENT**

**A# 246-844-849**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted under Count Two for procedural due process, and the remaining count is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: October 26, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge